**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: June 23, 2011**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | MARK L. HUEY | : | CASE NO. 10-36508 |
| | CORINNE E. HUEY | : | CHAPTER 13 |
| | | : | |
| | Debtors | : | JUDGE LAWRENCE S. WALTER |
| | | : | |

### ORDER GRANTING OBJECTION TO PROOF OF CLAIM #4

    The Court's ruling on Debtors' Objection to the Proof of Claim of PNC Bank [Doc. 56], having been pending during the administration of an adversary action filed by Debtors against PNC Bank, and that action having been resolved by Order Granting Default Judgment in Adv. Case No. 11-03170, Debtors' Objection is sustained.  Claim #4 is hereby disallowed as a secured claim, but allowed as an unsecured claim.

SO ORDERED

Copies to:
Default list

PNC Bank
P.O. Box 94982
Cleveland, OH 44101

# # #